UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO
NAVARRO,

      Plaintiff,

v.

DMI GC HOLDINGS, LLC,

      Defendant.

## GENE MARCH DECLARATION

I, Gene March, declare under penalty of perjury as follows:

1.     I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. I make this statement voluntarily, from my personal knowledge. The facts set forth herein are true and accurate to the best of my knowledge and belief.

2.     I am the Learning Management Administrator for DMI GC Holdings, LLC (the "Company"). While my title changed five years ago, I have held this position and performed the related duties for over ten years.

3.     My primary responsibility as Learning Management Administrator is to oversee the integrity, tracking, and management of all employee training modules and related items, including the Company's Dispute Resolution Agreement, within the Company's Learning Management System ("LMS"). I have access to the LMS as part of my regular job duties.

4.     The Company's LMS is part of the Enterprise Resource Planning (ERP) software known as SuccessFactors, which is a third-party system developed and maintained by SAP. The Company uses the SAP SucessFactors platform for various human resources functions.

1

5.      SAP is a globally recognized provider of secure, enterprise-level software solutions. SAP maintains data certifications and security protocols that ensure the accuracy, reliability, and immutability of all transactions conducted within SuccessFactors.

6.      SuccessFactors consists of multiple modules or electronic systems including Recruiting, Onboarding, Performance, Compensation, LMS, and Employee Central.   Each SuccessFactors module has different capabilities.

7.      The Company utilizes two different SuccessFactors' modules for document review and signature: one for prospective employees and another for active employees.

8.      The first SuccessFactors module administers pre-hire documents which include general documents provided to all new hires company-wide within the United States. Additional pre-hire documents may also be required based on the employee's state of employment or specific job role. The standard company-wide pre-hire documents include:

    a.   Confidentiality Agreement
    b.   Drug/Alcohol Testing Consent & Release Form
    c.   Employee Handbook Acknowledgment Form
    d.   Employment Emergency Contact Information Form
    e.   Equal Employment Opportunity Information Form
    f.   Identification Access Badge Security Form (for in-office employees)
    g.   Important Information Regarding Your Benefits
    h.   Invitation to Self-Identify Under the VEVRAA(1974), VEOA(l998), VBHCIA (2000), Jobs for Veterans Action (2002) and Rehabilitation Act
    i.   Picture Consent & Waiver Form
    j.   SMS Employee Consent
    k.   Waiver & Release for Employer Sponsored Recreational, Social & Exercise Activities
    l.   W-4, Employee's Withholding Certificate

9.      Plaintiff was hired by the Company in 2022. At that time, the SuccessFactors module utilized for administration of pre-hire documents was called Onboarding.

10.      Once a prospective employee received and signed a conditional offer letter, the Onboarding module sent pre-hire paperwork to the prospective employee's personal email address.

11.     The Onboarding module utilizes Adobe and/or Docusign for prospective employees to review and sign the pre-hire documents identified in paragraph 8 above.

12.     Because of Onboarding's use of Adobe and/or Docusign, the pre-hire documents are affixed with a font-driven signature when the employee electronically signs each document.

13.     After a prospective employee completes the pre-hire documents, and their employment is finalized (i.e., no longer conditional), the Company creates the now-employee's company email, SuccessFactors login credentials, and all other relevant credentials.

14.     Each user's unique ID is created in the Human Resources section of the system and serves as a primary key in the database.  These IDs are tied to individual employees and cannot be changed or reassigned.

15.     At the start of new hire training, employees receive a generic username and password to log into their computer. They are then prompted to create a unique password, which must be updated every 45 days due to system requirements.

16.     With those credentials, the employee can then log into the main employee portal of SuccessFactors and access the other modules, including the LMS module.

17.     As part of the training, employees are guided through accessing various systems, including SAP-based programs such as SuccessFactors and LMS. Once employees access LMS, they are presented with a system-generated list of required new hire trainings, policies, and agreements, which includes the DRA.

18.     Once authenticated, all actions taken by a user within the LMS are recorded in an audit trail. This includes training completions, electronic signatures, and administrative transactions. Each entry in the audit trail is timestamped and associated with a unique system-generated user ID.

19.     Users may access their learning history at any time and view a complete record of their training activity, including timestamps and statuses.

20.     Administrative actions within the LMS are also subject to audit tracking, and the system records the unique user ID for every administrative transaction. These logs are immutable and are retained as part of the system's integrity protocol.

21.     Access to the LMS database backend is restricted to SAP. The Company does not have any ability to modify or alter the underlying database, aside from generating reports through approved channels.

22.     Due to the audit trail, user-specific authentication, and backend security protocols, it is not possible for any user or administrator to falsify, alter, or delete a record without the system logging a corresponding transaction entry.

23.     Based on the foregoing, I affirm that electronic signatures captured and recorded in the LMS are valid, secure, and can be confidently relied upon as accurate records of user activity and consent. The integrity of this data is supported both by the system's technological safeguards and its industry-standard audit mechanisms.

24.     The Company utilizes SuccessFactors LMS module for administration of post-hire documents. For Florida employees, the standard post-hire documents during the time frame in question included the following (although additional training and documents might be provided for certain roles): Acceptable Use Policy; Code of Conduct; COVID-19 Safe@Work Playbook; Dispute Resolution Agreement.

25.     LMS also houses the Company's various e-learning training courses, such as, the Company's Different Abilities Anti-Discrimination Training, Fraud Awareness and Prevention, HIPAA, Safety Training, among others.

26.     The Company uses the LMS to provide employees with access to its Dispute Resolution Agreement (DRA). LMS enables employees to review the DRA, acknowledge receipt, and confirm their agreement to abide by its terms and conditions.

27.     The process by which new hires receive, review, and accept the DRA, including its arbitration provision, has remained unchanged since the DRA was first implemented several years ago. New employees are given an opportunity to review the complete text of the DRA, acknowledge receipt, and voluntarily agree to its terms.

28.     Employees may take as much time as needed to review the full text of the DRA. To complete the process, employees must check a box acknowledging the terms and confirming their agreement to be bound by the DRA. When the employee clicks "Agree," that action serves as the employee's electronic signature and is recorded in their LMS audit trail.

29.     The document specifically states: "By clicking "Agree", you are indicating that you have read and understand the foregoing document and consent to the terms of the document, and agree to use your electronic signature to demonstrate your acknowledgement and consent. Your electronic signature is as legal as a handwritten signature."

30.     When an employee logs into SuccessFactors with their unique credentials, and then opens a document pending in the LMS, and clicks "Agree" at the bottom of the screen, the system automatically creates an audit trail for all transactions (*i.e.*, every action taken within the system). This audit trail captures the exact date, time, and user ID tied to the documents reviewed and acknowledged. Once generated, this audit trail cannot be altered or edited by anyone, serving as secure verification—akin to a digital fingerprint—that the employee reviewed and agreed to the terms. It verifies not only that the agreement was electronically signed, but that it was done so by that specific employee under their secure profile.

31.     Documents signed post-hire by active employees through the LMS module will not include a font-based signature in the same way the pre-hire documents do through the Onboarding module.  Instead, in LMS, an employee's electronic signature is captured and attributed through the audit trial provided by the LMS module.

32.     Employees can access SuccessFactors at any time to review the DRA.

33.     I have access to LMS, and the information contained in it. I can view an audit trail for each employee. The audit trail includes information regarding the date and time on which a particular document was accessed and signed.

34.     I have reviewed the documents securely archived and stored for Plaintiff Sherley Hillary Mancebo (unique employee/user ID is 388243) within LMS, including the corresponding audit trails.

35.     Attached hereto as Exhibit 1 is a screenshot from the administrative interface confirming Plaintiff executed the DRA, a true and correct copy of the certificate indicating Plaintiff received, reviewed, and agreed to the DRA, and the corresponding audit trail verifying that Plaintiff executed the DRA on October 13, 2022 at 1:51 PM MT. I personally retrieved each of these items from LMS for her account.

36.     Based on my review of the information contained in Plaintiff's account, I conclude she accepted the terms and conditions of the DRA as reflected in the secure SAP audit trail.

37.     Attached as Exhibit 2 is a true and complete copy of the full text of the DRA.

38.     Attached as Exhibit 3 are all of the courses Plaintiff completed utilizing the LMS module.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: __Aug 15, 2025__, 2025

*Gene R March*

Gene R March (Aug 15, 2025 11:50:32 MDT)

GENE MARCH



Exhibit 1

## Certificate of Completion

*This certifies that*

# SHERLEY HILLARY MANCEBO

*Has successfully completed*

## Dispute Resolution Agreement

Completed on 10/13/2022

_____

Instructor

Exhibit 1

| Employee ID | Item | Last Updated By | Last Update Time | Action | Sequence Number | Completion Date | Completion Status ID | Assignment Type ID | Learning History Item Revision Date | Assignment Date | Required Date | Reminder Date | Assigned By | Added by | Origin | Not-for-Credit Completion Status | Failure Date | Retraining Number (Curriculum) | Parent Curriculum ID | Curriculum ID | Class ID | Expiration Date | Order Item ID | Payment Voucher | Voucher Sequence Number | Used Voucher No. | Used Ticket Sequence | Item Launched Online | Assignment Profile ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 388243 | E-Learning 2982 (Rev ver) | System AP | 10/10/20 22 03:07 AM America/ Denver | Insert | | | | Mandatory | | 10/10/2022 | 12/9/2022 | | A | System AP | | | | | Comp - Disp 0 2022 | Comp - Disp 2022 | | | | | | | | N | |
| 388243 | E-Learning 2982 (Rev ver) | User - 388243 | 10/13/20 22 01:51 PM America/ Denver | Modify | | | | Mandatory | | 10/10/2022 | 12/9/2022 | | A | System AP | | | | | Comp - Disp 0 2022 | Comp - Disp 2022 | | | | | | | | Y | |
| 388243 | E-Learning 2982 (Rev ver) | User - 388243 | 10/13/20 22 01:51 PM America/Den ver | Modify | | 10/13/2022 01:51 PM America/Den ver | E-Learning- COMPLETE | Mandatory | 6/6/2022 09:00 AM America/Den ver | 10/10/2022 | | | A | System AP | | | | | Comp - Disp 0 2022 | Comp - Disp 2022 | | | | | | | | Y | |
| 388243 | E-Learning 2982 (Rev ver) | 202408 | 7/11/202 3 01:44 PM America/ Denver | Delete | | 10/13/2022 01:51 PM America/Den ver | E-Learning- COMPLETE | Mandatory | 6/6/2022 09:00 AM America/Den ver | 10/10/2022 | | | A | System AP | | | | | Comp - Disp 0 2022 | Comp - Disp 2022 | | | | | | | | Y | |

Exhibit 1

Dispute Resolution Agreement
DOC #: POL-0117



**This Dispute Resolution Agreement is a contract and covers important issues relating to your rights. It is your sole responsibility to read it and understand it. You are free to seek assistance from independent advisors of your choice outside the Company or to refrain from doing so if that is your choice.**

**1. <u>How This Agreement Applies</u>.** This Dispute Resolution Agreement ("Agreement") is governed by the Federal Arbitration Act, 9 U.S.C. § 1 et seq. and evidences a transaction involving commerce. However, if the Federal Arbitration Act does not apply, the arbitration law of the state in which you primarily perform services shall apply.  Except as it otherwise provides, this Agreement applies to any dispute arising out of or related to Employee's (sometimes also referred to as "you" or "your") application or selection for employment, employment, and/or termination of employment with either Qualfon Data Services Group, LLC, DMI GC Holdings, LLC, Brian Unlimited Distribution Company or one of their affiliates, subsidiaries, or parent companies ("Company"). Except as otherwise provided in this Agreement, this Agreement applies to any dispute, past, present, or future, that the Company may have against you or that you may have against: (1) Company; (2) their officers, directors, principals, shareholders, members, owners, employees, or agents; (3) Company's benefit plans or the plan's sponsors, fiduciaries, administrators, affiliates, or agents; and (4) all successors and assigns of any of them. Each and all of the entities or individuals listed in (1) through (4) of the preceding sentence can enforce this Agreement. **All disputes covered by this Agreement will be decided by a single arbitrator through final and binding arbitration and not by way of court or jury trial.**  Nothing contained in this Agreement shall be construed to prevent or excuse you or the Company from utilizing the Company's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the utilization of such procedures.

Except as it otherwise provides, this Agreement is intended to apply to the resolution of disputes that otherwise would be resolved in a court of law or before a forum other than arbitration, including without limitation, to disputes arising out of or relating to the application for employment, background checks, privacy, employment relationship, or the termination of that relationship (including post-employment defamation or retaliation), trade secrets, unfair competition, compensation, classification, minimum wage, expense reimbursement, overtime, breaks and rest periods, or retaliation, discrimination, or harassment (except claims relating to sexual harassment and sexual assault that may not be subject to pre-dispute arbitration agreement under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act) and claims arising under the Fair Credit Reporting Act, Defend Trade Secrets Act, Civil Rights Act of 1964, 42 U.S.C. §1981, Rehabilitation Act, Civil Rights Acts of 1866 and 1871, Civil Rights Act of 1991, 8 U.S.C. § 1324b (unfair immigration related practices), 41 U.S.C. § 4712, Pregnancy Discrimination Act, Equal Pay Act, Americans With Disabilities Act, Age Discrimination in Employment Act, Older Workers Benefit Protection Act, Occupational Safety and Health Act, Family and Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act (except for claims for employee benefits under any benefit plan sponsored by the Company and covered by the Employee Retirement Income Security Act of 1974 or funded by insurance), Affordable Care Act, Genetic Information Non-Discrimination Act, Uniformed Services Employment and Reemployment Rights Act, Worker Adjustment and Retraining Notification Act, Consolidated Omnibus Budget Reconciliation Act of 1985, the False Claims Act, and state statutes or regulations, if any, addressing the same or similar subject matters, and all other federal or state legal claims (including without limitation torts) arising out of or relating to your application, selection, employment, or the termination of employment.

Additionally, except as this Agreement otherwise provides the Arbitrator, and not any court, shall have exclusive authority to resolve any dispute relating to the validity, applicability, enforceability, unconscionability or waiver of this Agreement, including, but not limited to any claim that all or any part of this Agreement is void or voidable.  However, the preceding sentence does not apply to any claims under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act or to the "Class and Collective Action Waivers" section below.

| DEPT OWNER: Legal | REVISION DATE: 06/03/2022 | |
|---|---|---|
| This document is uncontrolled when printed. The user is responsible for verifying it is the current version prior to use. The online version is controlled and authorized for use. | | PAGE 1 OF 5 |

Exhibit 2

**Dispute Resolution Agreement**
**DOC #: POL-0117**



**2. <u>Limitations On How This Agreement Applies</u>.** The following claims are not covered under this Agreement:

i. Workers' Compensation benefits, state disability insurance benefits or unemployment insurance benefits; however, the Agreement applies to discrimination or retaliation claims based upon seeking such benefits;

ii. Disputes that an applicable federal statute expressly states cannot be arbitrated or subject to a pre-dispute arbitration agreement;

iii. Disputes between the parties that may not be subject to pre-dispute arbitration agreement as expressly provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203) and Ending Forced Arbitration of Sexual Harassment and Sexual Assault Act;

If any claim(s) not covered under this Agreement are combined with claims that are covered under this Agreement, to the maximum extent allowed under applicable law, the covered claims will be arbitrated and continue to be covered under this Agreement.

Nothing in this Agreement prevents you from making a report to or filing a claim or charge with a government agency, including without limitation the Equal Employment Opportunity Commission, U.S. Department of Labor, National Labor Relations Board, Occupational Safety and Health Administration, or law enforcement authorities. Nothing in this Agreement prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Agreement. This Agreement also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Agreement. Nothing in this Agreement prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. The Company will not retaliate against you for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under Section 7 of the National Labor Relations Act. This agreement also does not prevent or prohibit you in any way from reporting, communicating about, or disclosing claims for discrimination, harassment, retaliation, or sexual abuse.

A party may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy in accordance with applicable law, and any such application shall not be deemed incompatible with or waiver of this agreement to arbitrate. The court to which the application is made is authorized to consider the merits of the arbitrable controversy to the extent it deems necessary in making its ruling, but only to the extent permitted by applicable law. All determinations of final relief, however, will be decided in arbitration.

**3. <u>Arbitration Procedures and Selection</u>.** Unless you and Company mutually agree otherwise, the Arbitrator shall be an attorney experienced in arbitrating employment law disputes and licensed to practice law in the state in which the arbitration is convened or a retired federal or state judicial officer from any jurisdiction. The location of the arbitration proceeding shall be no more than 25 miles from the place and in the same state where you last worked for the Company, unless each party to the arbitration agrees in writing otherwise.

The arbitration will be administered by AAA, and except as provided in this Agreement, will be under the then current AAA Employment Arbitration Rules, which are available through Human Resources or via the internet at https://www.adr.org/Rules or by using a service such as www.google.com to search for "AAA Employment Arbitration

| DEPT OWNER: Legal | REVISION DATE: 06/03/2022 | |
|---|---|---|
| This document is uncontrolled when printed. The user is responsible for verifying it is the current version prior to use. The online version is controlled and authorized for use. | | PAGE 2 OF 5 |

Exhibit 2

Dispute Resolution Agreement
DOC #: POL-0117



Rules"; provided however, that if there is a conflict between the AAA Employment Arbitration Rules and this Agreement, this Agreement shall govern.

The parties shall attempt to mutually choose an Arbitrator, but in the event the parties do not mutually choose an arbitrator, the Arbitrator will be selected as follows: AAA will give each party a list of nine (9) arbitrators (who are subject to the qualifications listed in the preceding paragraph) drawn from its panel of arbitrators. Each party will have ten (10) calendar days to strike all names on the list it deems unacceptable. If only one common name remains on the lists of all parties, that individual will be designated as the Arbitrator. If more than one common name remains on the lists of all parties, the parties will strike names alternately from the list of common names by telephone conference administered by AAA with the party to strike first to be determined by a coin toss conducted by AAA until only one remains. If no common name remains on the lists of all parties, AAA will furnish an additional list of nine (9) arbitrators from which the parties will strike alternately by telephone conference administered by AAA with the party to strike first to be determined by a coin toss conducted by AAA until only one name remains. That person will be designated as the Arbitrator. If the individual selected cannot serve, AAA will issue another list of nine (9) arbitrators and repeat the alternate striking selection process. If for any reason AAA will not administer the arbitration, either party may apply to a court of competent jurisdiction with authority over the location where the arbitration will be conducted for appointment of a neutral Arbitrator.

The Arbitrator may award any remedy to which a party is entitled under applicable law, but remedies will be limited to those that would be available to a party in his or her individual capacity for the claims presented to the Arbitrator, and no remedies that otherwise would be available to an individual under applicable law will be forfeited. The Arbitrator shall apply the substantive federal, state, or local law applicable to the claims asserted. Either party may file dispositive motions, including without limitation a motion to dismiss and/or a motion for summary judgment, and the Arbitrator will apply the standards governing such motions under the Federal Rules of Civil Procedure.

**4. Starting The Arbitration.** The party bringing the claim must demand arbitration in writing and deliver the written demand by hand or first-class mail to the other party within the applicable statute of limitations period. The demand for arbitration shall include identification of the parties, a statement of the legal and factual basis of the claim(s), and a specification of the remedy sought. Any demand for arbitration made to the Company shall be provided to the Legal Department email at [legal@qualfon.com](mailto:legal@qualfon.com). You will be given notice of any demand for arbitration by the Company at the last home address you provided to the Company. The Arbitrator shall resolve all disputes regarding the timeliness or propriety of the demand for arbitration.

**5. Class and Collective Action Waivers.** The Company and you agree to bring any claim on an individual basis and not on a class and/or collective action basis. Accordingly,

(a) There will be no right or authority for any dispute to be brought, heard or arbitrated as a class action and the Arbitrator will have no authority to hear or preside over any such claim ("Class Action Waiver"). The Class Action Waiver shall be severable from this Agreement if there is a final judicial determination that the Class Action Waiver is invalid, unenforceable, unconscionable, void or voidable. In such instances, the class action must be litigated in a civil court of competent jurisdiction—not in arbitration.

(b) There will be no right or authority for any dispute to be brought, heard or arbitrated as a collective action and the Arbitrator will have no authority to hear or preside over any such claim ("Collective Action Waiver"). The

| DEPT OWNER: Legal | REVISION DATE: 06/03/2022 | |
|---|---|---|
| This document is uncontrolled when printed. The user is responsible for verifying it is the current version prior to use. The online version is controlled and authorized for use. | | PAGE 3 OF 5 |

Exhibit 2

Dispute Resolution Agreement
DOC #: POL-0117



Collective Action Waiver shall be severable from this Agreement if there is a final judicial determination that the Collective Action Waiver is invalid, unenforceable, unconscionable, void or voidable. In such instances, the collective action must be litigated in a civil court of competent jurisdiction—not in arbitration.

This Class Action Waiver and Collective Action Waiver does not cover any sexual harassment or sexual assault disputes covered by Ending Forced Arbitration of Sexual Harassment and Sexual Assault Act if you elect to have this Agreement inapplicable to such disputes in accordance with the Ending Forced Arbitration of Sexual Harassment and Sexual Assault Act.

Regardless of anything else in this Agreement and/or the AAA Employment Arbitration Rules or any amendments and/or modifications to those rules, any claim that all or part of the Class Action Waiver and/or Collective Action Waiver, including, but not limited to any claim that all or part of the Class Action Waiver and/or Collective Action Waiver is invalid, unenforceable, unconscionable, void or voidable, may be determined only by a court of competent jurisdiction and not by an arbitrator.

**6. Discovery and Subpoenas:** Each party may take the deposition of two individual fact witnesses and any expert witness designated by another party. Each party may also propound interrogatories, requests for admission, or requests production of documents, and each party may subpoena witnesses and documents for discovery or the arbitration hearing, including testimony and documents relevant to the case from third parties. The subpoena shall be issued in accordance with any applicable state or federal law.  Additional discovery may be conducted by mutual stipulation, and the Arbitrator will have exclusive authority to entertain requests for additional discovery, and to grant or deny such requests based on the circumstances of a particular case. The Arbitrator will have exclusive authority to resolve discovery disputes.

**7. Paying For The Arbitration.** You and the Company shall follow the AAA Employment Arbitration Rules applicable to initial filing fees, but in no event will you be responsible for any portion of those fees in excess of the filing or initial appearance fees applicable to court actions in the jurisdiction where the arbitration will be conducted.  After you pay your portion of any initial filing fee, the Company shall pay any remaining portion of the initial fee and also will pay all costs and expenses unique to arbitration, including without limitation the arbitrator's fees.  Each party will pay for its own costs and attorneys' fees, if any, but if any party prevails on a claim which affords the prevailing party attorneys' fees, the Arbitrator is authorized to award reasonable fees to the prevailing party as provided by law. The Arbitrator will resolve any disputes regarding costs/fees associated with arbitration.

**8. The Arbitration Hearing And Award.**  The Arbitrator will issue a decision or award in writing, stating the essential findings of fact and conclusions of law. A court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration.

**9. Non-Retaliation.** It is against Company policy for any Employee to be subject to retaliation if he or she exercises his or her right to assert claims under this Agreement. If you believe that you have been retaliated against by anyone at the Company, you should immediately report this to the Company's Business and Ethics Website – Speakup at www.speakup.qualfon.com.

**10. Enforcement Of This Agreement.**  You have the right to consult with counsel of your choice concerning this Agreement or any aspect of the arbitration proceeding. This Agreement is the full and complete agreement about arbitration of disputes covered by this Agreement and replaces prior agreements regarding the arbitration of disputes

| DEPT OWNER: Legal | REVISION DATE: 06/03/2022 | |
|---|---|---|
| This document is uncontrolled when printed. The user is responsible for verifying it is the current version prior to use. The online version is controlled and authorized for use. | | PAGE 4 OF 5 |

Exhibit 2

Dispute Resolution Agreement
DOC #: POL-0117



except for any prior or existing agreements to arbitrate that cover pending litigation (as described above in Paragraph 2). Any contractual disclaimers the Company has in any handbooks, other agreements, or policies do not apply to this Agreement. This Agreement will survive the termination of your employment and the expiration of any benefit, and it will continue to apply upon your transfer to any parent, subsidiary or affiliate of the Company or re-employment by the Company if your employment is ended but later renewed. In the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable.

YOU AGREE TO USE AN ELECTRONIC SIGNATURE TO DEMONSTRATE YOUR ACCEPTANCE OF THIS AGREEMENT.  YOU FURTHER UNDERSTAND THAT AN ELECTRONIC SIGNATURE IS AS LEGALLY BINDING AS AN INK SIGNATURE.

BY PROVIDING YOUR ELECTRONIC SIGNATURE, YOU ARE ACKNOWLEDGING YOU HAVE READ, REVIEWED, AND AGREE TO THIS AGREEMENT TO ARBITRATE.


**AGREED: COMPANY**

**RECEIVED AND AGREED:**

EMPLOYEE NAME PRINTED      _____

EMPLOYEE SIGNATURE      _____

DATE:      _____

| DEPT OWNER: Legal | REVISION DATE: 06/03/2022 | |
|---|---|---|
| This document is uncontrolled when printed. The user is responsible for verifying it is the current version prior to use. The online version is controlled and authorized for use. | | PAGE 5 OF 5 |

Exhibit 2

| Employee ID | ACTIVE | First Name | MI | Last Name | Hire Date | E-Mail | Job Title | Account | Work Location | Country | Course ID | Course Name | Completion Status | Completion Date | Supervisor | Supervisor Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 291 | COVID-19 Safe@Work Playbook | E-Learning-COMPLETE | Oct 13, 2022, 7:50 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 30 | Mentorship 101 | E-Learning-COMPLETE | Oct 14, 2022, 3:15 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 53 | Stairway Introduction | E-Learning-COMPLETE | Oct 14, 2022, 3:12 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 602 | Employee COVID 19 Training | E-Learning-COMPLETE | Oct 13, 2022, 8:35 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3470 | Introduction to Mentorship by Choice for Mentors | E-Learning-COMPLETE | Dec 15, 2022, 4:38 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2403 | QML Session 48 : The Formula: Driving Performance | E-Learning-COMPLETE | Oct 14, 2022, 3:18 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2843 | QML Session 49 : We are all recruiters! | E-Learning-COMPLETE | Oct 14, 2022, 3:51 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2947 | QML Session 50 : Marketing 360 | E-Learning-COMPLETE | Oct 14, 2022, 4:28 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |

Exhibit 3

| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3015 | QML Session 51 : Mentorship by Choice | E-Learning-COMPLETE | Dec 12, 2022, 3:42 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3017 | Information Security Awareness Introduction - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 8:22 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3020 | Information Security Policies and Best Practices - Launch 2022 | E-Learning-COMPLETE | Oct 14, 2022, 2:43 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3042 | Fraud Awareness and Prevention - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 7:56 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3104 | QML Session 52 : Finance 360 | E-Learning-COMPLETE | Dec 15, 2022, 5:13 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3132 | QML Session 53 : Qualfon's IT Toolkit | E-Learning-COMPLETE | Dec 15, 2022, 5:14 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3197 | QML Session 54 : Ethics in the Workplace | E-Learning-COMPLETE | Dec 15, 2022, 5:21 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3264 | QML Session 55 : Our Four Agreements | E-Learning-COMPLETE | Dec 15, 2022, 7:16 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3401 | QML Session 56 : Introducing Stairway 2.0! | E-Learning-COMPLETE | Oct 28, 2022, 5:00 AM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |

Exhibit 3

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3798 | QML Session 58 : Tour de Qualfon 2023! | E-Learning-COMPLETE | Mar 10, 2023, 1:50 AM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4091 | QML Session 59 : Tour de Qualfon 2023 - Stage 1 | E-Learning-COMPLETE | May 8, 2023, 11:06 AM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4342 | QML Session 60 : Tour de Qualfon 2023 - Stage 2 | E-Learning-COMPLETE | Jul 28, 2023, 12:35 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4585 | QML Session 61 : Tour de Qualfon 2023 - Stage 3 | E-Learning-COMPLETE | Jul 28, 2023, 1:57 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3022 | Acceptable Use Policy - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 7:47 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2966 | PCI DSS Enterprise Concerns - Launch 2022 | E-Learning-COMPLETE | Oct 14, 2022, 3:02 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3024 | Code of Conduct - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 7:48 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3046 | HIPAA - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 8:10 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4747 | QML Session 62 : Tour de Qualfon 2023 - Stage 4 | E-Learning-COMPLETE | Aug 1, 2023, 10:33 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |

Exhibit 3

| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4871 | QML Session 63 : Tour de Qualfon 2023 - Stage 5 | E-Learning-COMPLETE | Sep 29, 2023, 2:07 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 5002 | QML Session 64 : Tour de Qualfon 2023 - Stage 6 | E-Learning-COMPLETE | Oct 11, 2023, 1:46 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 5290 | QML Session 65 : Tour de Qualfon 2023 - Stage 7 | E-Learning-COMPLETE | Oct 25, 2023, 12:21 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 5400 | QML Session 66 : Tour de Qualfon 2023 - Stage 8 | E-Learning-COMPLETE | Nov 17, 2023, 3:58 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2990 | PCI DSS Training Awareness - Launch 2022 | E-Learning-COMPLETE | Oct 14, 2022, 1:22 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2988 | PCI DSS Compliance - Launch 2022 | E-Learning-COMPLETE | Oct 14, 2022, 2:51 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 2982 | Dispute Resolution Agreement | E-Learning-COMPLETE | Oct 13, 2022, 7:51 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3048 | Fraud Waste and Abuse - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 8:01 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 3052 | General Compliance - Launch 2022 | E-Learning-COMPLETE | Oct 13, 2022, 8:05 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |

Exhibit 3

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 2902 | Safety Training - Launch 2022 | E-Learning- COMPLETE | Oct 14, 2022, 1:07 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 3408 | Qualfon Qnections | E-Learning- COMPLETE | Dec 22, 2022, 7:08 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 3408 | Qualfon Qnections - How can we better communicate? | E-Learning- COMPLETE | Dec 22, 2022, 7:08 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 3408 | Qualfon Qnections - How can we better communicate? | E-Learning- COMPLETE | Dec 22, 2022, 7:08 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 2319 | Different Abilities Anti- Discrimination Training - Launch 2022 | E-Learning- COMPLETE | Oct 14, 2022, 3:04 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 4400 | Fraud Awareness and Prevention - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 1:39 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 4491 | Information Security Policies and Best Practices - Launch 2023 | E-Learning- COMPLETE | Aug 3, 2023, 2:44 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 4382 | Different Abilities Anti- Discrimination Training - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 3:26 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | QUALITY SERVICES (DP1450) | ASSURANCE - REMOTE (EST) (LC035) | US - FLORIDA, | United States | 4374 | Code of Conduct - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 1:29 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |

Exhibit 3

| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | Employee Mobile 4804 Application Survey | E-Learning-COMPLETE | Aug 7, 2023, 3:35 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | US Clock In 3703 Procedures | E-Learning-COMPLETE | Nov 20, 2023, 4:17 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | US Clock In 3703 Procedures | E-Learning-COMPLETE | Nov 20, 2023, 4:13 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | US Clock In 3703 Procedures | E-Learning-COMPLETE | Mar 10, 2023, 1:48 AM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | Vote NOW! New 2024 5135 YMWM survey name! | E-Learning-COMPLETE | Oct 11, 2023, 1:46 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | Acceptable Use Policy - 4564 Launch 2023 | E-Learning-COMPLETE | Jul 14, 2023, 1:28 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | Safety Training - 4461 Launch 2023 | E-Learning-COMPLETE | Jul 14, 2023, 3:37 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | PCI DSS Enterprise Concerns - Launch 4483 2023 | E-Learning-COMPLETE | Jul 14, 2023, 3:47 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@qualfon.com | SPECIALIST, QUALITY ASSURANCE (PC147405) | QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | Information Security Awareness Introduction 4487 - Launch 2023 | E-Learning-COMPLETE | Jul 14, 2023, 2:10 PM | LOWE, ALANNA | Alanna.Lowe@qualfon.com |

Exhibit 3

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4449 | PCI DSS Awareness - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 3:54 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4388 | Fraud Waste and Abuse Training - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 1:53 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4457 | PCI DSS Compliance - Launch 2023 | E-Learning- COMPLETE | Jul 17, 2023, 2:27 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4443 | General Compliance - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 1:48 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |
| 388243 | N | SHERLEY | HILLARY | MANCEBO | Oct 10, 2022, 12:00 AM | Sherley.Mancebo@ qualfon.com | SPECIALIST, QUALITY (PC147405) | ASSURANCE - QUALITY SERVICES (DP1450) | US - FLORIDA, REMOTE (EST) (LC035) | United States | 4404 | HIPAA - Launch 2023 | E-Learning- COMPLETE | Jul 14, 2023, 2:00 PM | LOWE, ALANNA | Alanna.Lowe@qua lfon.com |

Exhibit 3