UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

v.

DMI GC HOLDINGS, LLC,

    Defendant.

## DEFENDANT'S NOTICE OF STRIKING DOCKET ENTRY NO. 5

Defendant DMI GC Holdings, LLC ("Defendant"), by and through the undersigned counsel and pursuant to the Clerk's Notice to Filer [D.E. No. 6], hereby files this Notice of Striking as to Defendant's Certificate of Interested Parties and Corporate Disclosure Statement [D.E. No. 5].

DATED this 18th day of August 2025.

Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Miami Tower
100 SE 2nd Street, Suite 3210
Miami, Florida 33131
Tel: (305) 400-7500

By: */s/ Elizabeth J. Stewart*
    Aaron Reed
    Florida Bar No. 0557153
    E-mail: *areed@littler.com*
    Elizabeth J. Stewart
    Florida Bar No. 1059581
    E-mail: *elstewart@littler.com*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of August 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                            */s/ Elizabeth J. Stewart*
                                              Elizabeth J. Stewart

## SERVICE LIST

Brian H. Pollock
E-mail: brian@fairlawattorney.com
Katelyn Schickman
E-mail: katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
***Attorneys for Plaintiff***
***Served via CM/ECF***