UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

v.

DMI GC HOLDINGS, LLC,

    Defendant.

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant DMI GC Holdings, LLC., hereby files this Certificate of Interested Parties and Corporate Disclosure Statement.

The following persons, associated persons, firms, partnerships or corporations may have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Plaintiff Sherley Hilary Mancebo Navarro
2. Brian H. Pollock, Esq.
3. Katelyn Schickman, Esq.
4. FairLaw Firm
5. Defendant DMI GC Holdings, LLC.
6. Dialog Direct, Inc.
7. Alfonso Javier Gonzalez Arocha
8. Qualfon Data Services Group, LLC.
9. Littler Mendelson, P.C.
10. Aaron Reed, Esq.
11. Elizabeth Stewart, Esq.

Defendant is a limited liability company. Dialog Direct, Inc. is the 100% owner of Defendant. There is no publicly traded corporation that owns 10% or more of Defendant's stock.

| | |
|---|---|
| DATED this 18th day of August 2025. | Respectfully submitted,<br><br>**LITTLER MENDELSON, P.C.**<br>Miami Tower<br>100 SE 2nd Street, Suite 3210<br>Miami, Florida  33131<br>Tel: (305) 400-7500<br><br>By: */s/ Aaron Reed*<br>    Aaron Reed<br>    Florida Bar No. 0557153<br>    E-mail: *areed@littler.com*<br>    Elizabeth J. Stewart<br>    Florida Bar No. 1059581<br>    E-mail: *elstewart@littler.com*<br><br>    *Counsel for Defendant* |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of August 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

　　　　　　　　　　　　　　　　　　*/s/ Aaron Reed*
　　　　　　　　　　　　　　　　　　 Aaron Reed

### SERVICE LIST

Brian H. Pollock
E-mail: *brian@fairlawattorney.com*
Katelyn Schickman
E-mail: *katie@fairlawattorney.com*
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
***Attorneys for Plaintiff***
***Served via CM/ECF***