UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

v.

DMI GC HOLDINGS, LLC,

    Defendant.

## DEFENDANT'S REMOVAL STATUS REPORT

Defendant DMI GC Holdings, LLC ("Defendant") pursuant to this Court's August 13, 2025 Order [ECF No. 3], hereby files this Removal Status Report, and state as follows:

**1. Nature of Claim**

Plaintiff's Complaint contains three counts alleging the following causes of action against Defendant: (1) gender discrimination in violation of the Florida Civil Rights Act ("FCRA") (Count I); (2) pregnancy discrimination in violation of the FCRA (Count II); and (3) disability discrimination in violation of the FCRA (Count III). In paragraph 6 of the Complaint, Plaintiff states that this is an action for damages greater than $75,000. In the "Wherefore" clause following each Count in the Complaint, Plaintiff states that she seeks to recover past and future lost wages and benefits, compensatory damages for mental anguish, loss of dignity, reputational damages, and other intangible injuries, as well as punitive damages, taxable costs and attorney's fees.

**2. Grounds for Removal**

This action was removed by Defendant pursuant to 28 U.S.C. §1332, 1441 and 1446, based on diversity jurisdiction, because this is a civil action in which the amount in controversy exceeds

$75,000, exclusive of interest and costs, and it is between citizens of different states. Defendant provided a declaration with information relevant to and supporting matters of factual relevance to the removal. The parties to the instant action are Plaintiff Sherley Hilary Mancebo Navarro and Defendant DMI GC Holdings, LLC.

**3.     Pending Motions**

On August 15, 2025, Defendant filed a Motion to Compel Arbitration. *See* ECF No. 4. Plaintiff's response to the Motion to Compel Arbitration is due on or before August 29, 2025.

**4.     Brief Statement Regarding Each Defendant's Position on Removal**

There is only one Defendant in the instant action.

**5.     Timeliness of Removal**

A copy of the Complaint and Summons in the State Court Action was served upon Defendant on July 10, 2025. This constituted Defendant's first legal notice of the State Court Action for purposes of removal. The Notice of Removal was filed on August 8, 2025. *See* ECF No. 1. Thus, the Notice of Removal was timely filed pursuant to 28 U.S.C. § 1446(b), within thirty-days (30) from the date on which Defendant received notice of the State Court Action.

DATED this 22nd day of August 2025.    Respectfully submitted,

                                              **LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500

By: */s/ Elizabeth J. Stewart*
    Aaron Reed
    Florida Bar No. 0557153
    E-mail: areed@littler.com
    Elizabeth J. Stewart
    Florida Bar No. 1059581
    E-mail: elstewart@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22nd day of August 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                              */s/ Elizabeth J. Stewart*
                                              Elizabeth J. Stewart

## SERVICE LIST

Brian H. Pollock
E-mail: brian@fairlawattorney.com
Katelyn Schickman
E-mail: katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
***Attorneys for Plaintiff***
***Served via CM/ECF***