UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-61607-DAMIAN/VALLE

SHERLEY HILARY MANCEBO NAVARRO,

     Plaintiff,

vs.

DMI GC HOLDINGS, LLC,

     Defendants.

_____/

**PLAINTIFF'S AGREED MOTION FOR EXTENSION OF TIME**
**TO FILE A RESPONSE TO**
**DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiff, Sherley Hilary Mancebo Navarro, through her undersigned counsel and pursuant to Fed. R. Civ. P. 12, Local Rule 7.1, and other applicable Rules and laws, request the Court to grant an extension of time to respond to the Complaint based upon the lack of opposition and the following good cause:

1.    Plaintiff filed her Complaint in the Eleventh Circuit Court for Miami-Dade County on July 3, 2025, alleging that the Defendant discriminated against her based on her gender and disability. [ECF No. 1-1.]

2.    The Defendant removed the case to this court on August 8, 2025. [ECF No.1].

3.    The Defendant filed its Motion to Compel Arbitration and Stay Proceedings Pending Arbitration on August 18, 2025. [ECF No. 4]

4.      Due to the press of business and commitments in other matters, the undersigned will be unable to analyze the issues present in and then respond to the Motion to Compel Arbitration within the time required by the Rules.

5.      Accordingly, Plaintiff seeks a 10-day extension of time to enable her to file her Response on September 8, 2025.

6.      The undersigned contacted defense counsel, who had no opposition to the requested ten-day extension of time.

7.      Pursuant to Fed. R. Civ. P. 6(b)(1) "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

8.      It follows that this Court has the power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936); *also see Clinton v. Jones*, 520 U.S. 681, 706-707 (1997).

9.      Accordingly, Plaintiff respectfully requests the Court to grant her an extension of time through September 8, 2025, to respond to the Motion to Compel Arbitration.

WHEREFORE, Plaintiff, Sherley Hilary Mancebo Navarro, respectfully requests the Court to grant her the Extension of Time requested above based on good cause shown and the lack of opposition.

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

Counsel for the movant conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and by email on August 27, 2025, and represents that defense counsel responded that he did not oppose the relief requested above.

Respectfully submitted this 29th day of August 2025,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:      305.230.4884
*Counsel for Plaintiff*