UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-61607-DAMIAN/VALLE

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

vs.

DMI GC HOLDINGS, LLC,

    Defendants.
_____/

## DECLARATION OF SHERLEY HILARY MANCEBO NAVARRO

I, Sherley Hilary Mancebo Navarro, make the following declaration pursuant to 28 U.S.C. §1746 and declare as follows:

1. My name is Sherley Hilary Mancebo Navarro, I am over the age of 18, and *sui juris*.

2. I make this Declaration based upon personal knowledge.

3. I reviewed the Dispute Resolution Agreement, the Certificate of Completion, and the Audit Trail.

4. I did not agree to have any disputes with my former employer decided in arbitration.

5. I did not sign a Dispute Resolution Agreement with this former employer of mine.

6. I did not electronically sign a Dispute Resolution Agreement with this former employer of mine.

7. I did not agree to address any workplace disputes through arbitration or otherwise waive my right to have a jury of my peers resolve an employment-related dispute involving my employment with the Defendants.

1

8. I wish to redress my claim(s) in this Court.

## DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By *Sherley Hillary Mancebo Navarro*
Sherley Hillary Mancebo Navarro (Sep 8, 2025 15:51:48 EDT)

SHERLEY HILARY MANCEBO NAVARRO

08/08/2025

DATE