UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO
NAVARRO,

      Plaintiff,

v.

DMI GC HOLDINGS, LLC,

      Defendant.

## GENE MARCH SUPPLEMENTAL DECLARATION

I, Gene March, declare under penalty of perjury as follows:

1.     I am a citizen of the United States, over 18 years of age, and competent to testify as to the matters contained in this Declaration. I make this statement voluntarily, from my personal knowledge. The facts set forth herein are true and accurate to the best of my knowledge and belief.

2.     On August 15, 2025, I provided a declaration providing details regarding the Company's Learning Management System ("LMS") and how that system is used to provide employees with access to the Company's Dispute Resolution Agreement ("DRA"), to review it, acknowledge receipt, and confirm their agreement to abide by its terms and conditions.

3.     I also explained how, after an employee clicks "Agree" at the bottom of the screen when viewing documents in the LMS system, including the DRA, the system automatically creates an audit trail for all transactions, which captures the exact date, time, and user ID tied to the documents reviewed and acknowledge.

4.     With respect to the DRA, I attached to my declaration a screenshot from the administrative interface confirming Plaintiff completed the DRA, as well as copy of her Certificate

of Completion of the DRA, and the corresponding audit trial showing that Plaintiff accepted the terms and conditions of the DRA on October 13, 2022 at 1:51 PM MT.

5.      It is my understanding that, in opposition to Defendant's efforts to enforce the DRA, Plaintiff denies that she ever agreed to the DRA, but she admits that she completed the Dispute Resolution module and received the Certificate of Completion. That's simply not possible.

6.      Plaintiff could not have "completed" the Dispute Resolution module or received a Certificate of Completion *unless* she clicked "Agree" after receiving the DRA.  Specifically, a Certificate of Completion is only generated after an employee has clicked the button to indicate they have read and understood the DRA and consent to the terms of the document, thereby serving as the employee's electronic signature to demonstrate their acknowledgment and consent.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

DATED: _____Sep 12, 2025_____, 2025

*Gene R March*
Gene R March (Sep 12, 2025 15:30:36 MDT)
GENE MARCH