UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

v.

DMI GC HOLDINGS, LLC,

    Defendant.

**DEFENDANT'S NOTICE OF NINETY DAYS EXPIRING REGARDING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

Defendant DMI GC Holdings, LLC ("Defendant"), pursuant to and as required by Local Rule 7.1(b)(4)(B), hereby respectfully gives notice that it has been more than ninety (90) days since Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Completion of Arbitration has been pending and fully briefed. As further background, Defendant states as follows:

Defendant filed a Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration ("Motion to Compel Arbitration") on August 15, 2025. *See* ECF No. 4. Plaintiff filed a Response in Opposition to the Motion to Compel Arbitration on September 8, 2025 and then Defendant filed a Reply in Support of the Motion to Compel Arbitration on September 15, 2025. *See* ECF Nos. 12, 13. There have not been any hearings conducted (or requested) on the Motion to Compel Arbitration and it remains pending.

DATED this 17th day of December 2025.                    Respectfully submitted,

                                                          **LITTLER MENDELSON, P.C.**
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida  33131
Tel: (305) 400-7500

*/s/ Aaron Reed*
Aaron Reed
Florida Bar No. 557153
E-mail:  areed@littler.com
Elizabeth J. Stewart
Florida Bar No. 1059581
E-mail:  elstewart@littler.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of December 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                                          */s/ Aaron Reed*
Aaron Reed

**SERVICE LIST**

Brian H. Pollock
E-mail: brian@fairlawattorney.com
Katelyn Schickman
E-mail: katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
***Attorneys for Plaintiff***
***Served via CM/ECF***