UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

    Plaintiff,

v.

DMI GC HOLDINGS, LLC,

    Defendant.

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION**

Defendant DMI GC Holdings, LLC ("Defendant") hereby provides notice of filing supplemental authority in support of Defendant's Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (ECF No. 4) as follows:

- *Coleman et al. v. DMI GC Holdings, LLC d/b/a Qualfon,* Case No. 25-10556, pending in the United States District Court for the Eastern District of Michigan (1/14/26 Opinion and Order Granting Qualfon's Motion to Compel Arbitration) (ECF No. 18).

Dated: January 15, 2026.

Respectfully submitted,

LITTLER MENDELSON, P.C.
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida  33131
Tel: (305) 400-7500

*/s/ Aaron Reed*
Aaron Reed
Florida Bar No. 557153
E-mail: areed@littler.com

1

                                          Elizabeth J. Stewart
                                          Florida Bar No. 1059581
                                          E-mail: elstewart@littler.com

                                          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 15th day of January 2026, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                            */s/ Aaron Reed*
                                            Aaron Reed

**SERVICE LIST**

Brian H. Pollock
E-mail: brian@fairlawattorney.com
Katelyn Schickman
E-mail: katie@fairlawattorney.com
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
*Attorneys for Plaintiff*
*Served via CM/ECF*