UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO
NAVARRO,

     Plaintiff,

v.

DMI GC HOLDINGS, LLC,

     Defendant.

**JOINT STATUS REPORT**

Plaintiff Sherley Hilary Mancebo Navarro and Defendant DMI GC Holdings, LLC, in accordance with this Court's February 6, 2026 Order Granting Defendant's Motion to Compel Arbitration and Stay this Action (ECF No. 18), hereby submit the following Joint Status Report and state as follows:

1.     Plaintiff filed her Demand for Arbitration with the American Arbitration Association ("AAA") on February 16, 2026.

2.     The Parties are waiting for the AAA to finish its initial administrative processing of the matter and then to provide the Parties with a list of potential arbitrators. Once an arbitrator is appointed, the Parties anticipate that an initial arbitration management conference will be scheduled, and then the arbitration proceedings will commence.

DATED this 23rd day of March 2026.          Respectfully submitted,

| | |
|---|---|
| **FAIRLAW FIRM** | **LITTLER MENDELSON, P.C.** |
| 135 San Lorenzo Avenue | Miami Tower |
| Suite 770 | 100 S.E. 2nd Street, Suite 4300 |
| Coral Gables, Florida 33146 | Miami, Florida 33131 |
| Tel: (305) 230-4884 | Tel: (305) 400-7500 |

*/s/ Brian H. Pollock*          */s/ Aaron Reed*

| | |
|---|---|
| Brian H. Pollock | Aaron Reed |
| Florida Bar No. 174742 | Florida Bar No. 557153 |
| E-mail: brian@fairlawattorney.com | E-mail: areed@littler.com |
| Katelyn Schickman | Elizabeth J. Stewart |
| Florida Bar No. 1064879 | Florida Bar No. 1059581 |
| E-mail: katie@fairlawattorney.com | E-mail: elstewart@littler.com |

*Counsel for Plaintiff*          *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 23rd day of March 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se identified on the attached Service List in the matter specified either via transmission of notices of electronic filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of electronic filing.

By: */s/ Aaron Reed*

## SERVICE LIST

Counsel for Plaintiff:
Brian H. Pollock
Florida Bar No. 174742
E-mail: brian@fairlawattorney.com
Katelyn Schickman
Florida Bar No. 1064879
E-mail: katie@fairlawattorney.com
***Served via CM/ECF***