UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

     Plaintiff,

v.

DMI GC HOLDINGS, LLC,

     Defendant.

_____/

## JOINT STATUS REPORT

Plaintiff, Sherley Hilary Mancebo Navarro, and Defendant, DMI GC Holdings, LLC, in accordance with this Court's February 6, 2026, Order Granting Defendant's Motion to Compel Arbitration and Stay this Action (ECF No. 18), hereby submit the following Joint Status Report and state as follows:

1. Since the filing of the Parties' previous Joint Status Report, the American Arbitration Association ("AAA") acknowledged receipt of Defendant's filing fee and officially proceeded with the administration of this matter.

2. On May 6, 2026, the AAA provided the Parties with a list of potential arbitrators from its Employment Panel.

3. The deadline for the Parties to submit their arbitrator strike and rank lists, or to attempt mutual selection of a single arbitrator, was yesterday, May 20, 2026.

4. Once an arbitrator is appointed, the Parties anticipate that an initial arbitration management conference will be scheduled, and then the arbitration proceedings will commence.

DATED this 21st day of May 2026.

Respectfully submitted,

<div style="display:flex">
<div>

S/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*

</div>
<div>

S/Aaron Reed, Esq.
Aaron Reed, Esq. (557153)
E-mail:  *areed@littler.com*
Elizabeth J. Stewart (1059581)
E-mail: *elstewart@littler.com*
LITTLER MENDELSON, P.C.
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500
*Counsel for Defendant*

</div>
</div>