UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

Plaintiff,

v.

DMI GC HOLDINGS, LLC,

Defendant.

______________________________/

JOINT STATUS REPORT

Plaintiff, Sherley Hilary Mancebo Navarro, and Defendant, DMI GC Holdings, LLC, in accordance with this Court's February 6, 2026, Order Granting Defendant's Motion to Compel Arbitration and Stay this Action (ECF No. 18), hereby submit the following Joint Status Report and state as follows:

1. Since the filing of the Parties' previous Joint Status Report, an arbitrator has been appointed in the arbitration pending before the American Arbitration Association ("AAA").

2. The AAA has issued a scheduling order in the arbitration.

3. Pursuant to the arbitration scheduling order, discovery is to be completed on or before December 11, 2026.

4. The arbitration hearing has been set for May 18 through May 20, 2027.

5. The Parties have begun participating in discovery in the arbitration, including the exchange of written discovery requests and responses.

6. The Parties will continue to proceed with the arbitration in accordance with the AAA scheduling order.

DATED this 21st day of September 2026.

Respectfully submitted,

S/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
Counsel for Plaintiff

S/Aaron Reed, Esq.
Aaron Reed, Esq. (557153)
E-mail: areed@littler.com
Elizabeth J. Stewart (1059581)
E-mail: elstewart@littler.com
LITTLER MENDELSON, P.C.
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500
Counsel for Defendant