UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

Plaintiff,

v.

DMI GC HOLDINGS, LLC,

Defendant.

**JOINT STATUS REPORT**

Plaintiff Sherley Hilary Mancebo Navarro and Defendant DMI GC Holdings, LLC, in accordance with this Court's February 6, 2026 Order Granting Defendant's Motion to Compel Arbitration and Stay this Action (ECF No. 18), hereby submit the following Joint Status Report and state as follows:

The Parties have reached an agreement to resolve this matter via settlement and they are in the process of finalizing the written agreement. After the agreement is fully executed, the Parties will file a Joint Stipulation for Dismissal, with prejudice.

DATED this 18th day of November 2026.

Respectfully submitted,

**FAIRLAW FIRM**
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884

/s/Brian H. Pollock
Brian H. Pollock
Florida Bar No. 174742

**LITTLER MENDELSON, P.C.**
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500

/s/ Aaron Reed
Aaron Reed
Florida Bar No. 557153

E-mail: *brian@fairlawattorney.com*
Katelyn Schickman
Florida Bar No. 1064879
E-mail: *katie@fairlawattorney.com*

*Counsel for Plaintiff*

E-mail: *areed@littler.com*
Elizabeth J. Stewart
Florida Bar No. 1059581
E-mail: *elstewart@littler.com*

*Counsel for Defendant*