UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-CV-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

Plaintiff,

v.

DMI GC HOLDINGS, LLC,

Defendant.

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Sherley Hilary Mancebo Navarro and Defendant DMI GC Holdings, LLC, hereby file this Joint Stipulation for Final Order of Dismissal With Prejudice, under Federal Rule of Civil Procedure 41. The Parties jointly stipulate that the above matter against Defendant may be dismissed, with prejudice, and that they shall bear their own attorneys' fees and costs, except as otherwise agreed.[1] The Parties respectfully request that the Court retain jurisdiction for a period of sixty (60) days to enforce the terms of the parties' settlement agreement. *See* Exhibit 1 (proposed Order).

[1] On February 6, 2026, the instant action was stayed by this Court, pending the completion of arbitration. *See* ECF No. 18. The matter subsequently proceeded in an arbitration before the AAA. However, the parties reached an agreement to resolve the matter and the arbitration is being dismissed and closed.

DATED this 25th day of November 2026.

Respectfully submitted,

**FAIRLAW FIRM**
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Tel: (305) 230-4884

/s/ Brian H. Pollock
Brian H. Pollock
Florida Bar No. 174742
E-mail: *brian@fairlawattorney.com*
Katelyn Schickman
Florida Bar No. 1064879
E-mail: *katie@fairlawattorney.com*

*Counsel for Plaintiff*

**LITTLER MENDELSON, P.C.**
Miami Tower
100 S.E. 2nd Street, Suite 4300
Miami, Florida 33131
Tel: (305) 400-7500

/s/ Aaron Reed
Aaron Reed
Florida Bar No. 557153
E-mail: *areed@littler.com*
Elizabeth J. Stewart
Florida Bar No. 1059581
E-mail: *elstewart@littler.com*

*Counsel for Defendant*