UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:25-cv-61607-MD

SHERLEY HILARY MANCEBO NAVARRO,

Plaintiff,

v.

DMI GC HOLDINGS, LLC,

Defendant.
_____________________________________/

**ORDER OF DISMISSAL**

**THIS MATTER**, having come before the Court upon the parties' Joint Stipulation For Final Order Of Dismissal With Prejudice, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** that this matter is hereby **DISMISSED** with prejudice. The parties shall bear their own attorneys' fees and costs, except as otherwise agreed. The Court retains jurisdiction for a period of sixty (60) days from the date of this Order to enforce the terms of the parties' settlement agreement.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this _____ day of ________ 2026.

_____________________________________
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record